THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD JOHNSON, Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS JOSEPH KLEIN, Appellant.—

Munder, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.